**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELBERT LEE VAUGHT, ) | NO. SA CV 14-43-DOC(E) |
| ) |
| Petitioner, ) |
| ) |
| v. ) | JUDGMENT |
| ) |
| WARDEN PARAMO, ) |
| ) |
| Respondent. ) |
| _____) |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 15, 2014

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE